IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br> v.<br><br>HUY TRINH,<br><br>   Defendant. | No. CR- 10-00385-1 SI<br>(Civil No. 13-2539 SI)<br><br><br><br>**ORDER** |

  Defendant <u>Huy Trinh</u> has filed a motion under Title 28 United States Code Section 2255. Pursuant to Rule 3(b) governing proceedings in the U.S. District Court under Section 2255,

  IT IS HEREBY ORDERED THAT:

  1) the clerk mail a copy of this order upon all parties.

  2) Within twenty-one (21) days of the date of this order, the United States shall notify the court whether the motion will be opposed or submit an agreed upon briefing schedule.

  3) If the United States wishes to oppose the motion, and is unable to obtain an agreed upon briefing schedule, it shall file an opposition brief with the court and serve it upon defendant within ninety (90) days from the date of this order.

  4) The defendant shall file a reply twenty-one (21) days after receiving the government's opposition.

  IT IS SO ORDERED.

Dated: 6/27/13

                       SUSAN ILLSTON
                       United States District Judge