IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY TRINH,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. CR-10-00385 SI (EDL); No. CV 13-02539 SI (EDL)<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

This matter has been referred to this Court for appointment of counsel and an evidentiary hearing. Since an evidentiary hearing will be held, counsel must be appointed to represent Trinh in connection therewith. See Rule 8(c) of the Rules Governing Section 2255 Cases In The United States District Courts. Accordingly, this matter is referred to the Federal Public Defender to find legal representation for Trinh. The clerk shall provide a copy of this order to the Federal Public Defender's Office in San Francisco. Upon being notified by the Federal Public Defender's Office that an attorney has been located to represent Trinh, the court will appoint that attorney as counsel for Trinh in this matter until further order of the court. Counsel will be appointed solely for the purpose of representing Trinh in connection with the issue on which an evidentiary hearing is to be held.

A status conference is set in this matter on May 23, 2014 at 11:00 a.m. Counsel shall file a joint statement no later than May 16, 2014 regarding the proposed procedures for the evidentiary hearing.

**IT IS SO ORDERED.**
Dated: April 22, 2014

                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge