ERIK B. LEVIN
LAW OFFICE OF ERIK B. LEVIN
2001 Stuart Street
Berkeley, California 94703
Telephone (510) 978-4778
Facsimile (510) 978-4422

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUY TRINH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

NO. CR-10-00385 SI (EDL); No. CV 13-02539 SI (EDL)

[Proposed] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

HUY TRINH, Bureau of Prisons Registration Number 14625-111, a necessary and material witness in an evidentiary hearing in this case on July 30, 2014 at 9:30 a.m., is confined at Federal Correctional Institution Safford, 1529 West Highway 366, Safford, Arizona, 85546, in the custody of the Bureau of Prisons. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the **Honorable Elizabeth D. Laporte, United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom E (15th Floor) San Francisco, California 94102.**

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Federal Correctional Institution Safford Warden to release the inmate named above to the custody of the U.S. Marshals Service so he may participate in an evidentiary hearing in the United States District Court, until completion of court proceedings, or as ordered by the Court;

2. The custodian is ordered to notify the Court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ;

3. The U.S. Marshals Service shall transport the inmate named above to the Northern District of California forthwith so that he may so he may participate in an evidentiary hearing in the United States District Court until completion of court proceedings or as ordered by the Court; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on Federal Correctional Institution Safford – Post Office Box 820, Safford, Arizona, 85548.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, FEDERAL CORRECTIONAL INSTITUTION SAFFORD, 1529 West Highway 366, Safford, Arizona, 85546**

**WE COMMAND** you to release the inmate named above to the custody of the U.S. Marshals Service so that he may participate in an evidentiary hearing before the United States District Court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: June 3, 2014.

_____
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE